UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

LORI LAROCK, as Administratrix of the Estate of
ROGER A. SANFORD,

                     Plaintiff,

v.

ALBANY COUNTY NURSING HOME; THE COUNTY
OF ALBANY; LARRY SLATKY; DEBBIE GOSSMAN;
RHONDA LYGA; JOHN AND JANE DOES #1-5,

                     Defendants.

19-CV-0604 (AMN/DJS)

**ORDER OF COMPROMISE**

---

**WHEREAS**, Plaintiff, as Administratrix of the Estate of Roger Sanford, commenced the above-captioned action on May 21, 2019 (the "Action").

**WHEREAS**, on November 6, 2024, a jury returned a unanimous $2,000,000.00 verdict in favor of Plaintiff.

**WHEREAS**, the parties have agreed to settle the claims in the Action, including Plaintiff's claim for attorneys' fees and costs, for $3,000,000.00.

**WHEREAS** the Settlement was agreed to in principle on the record before this Court on November 5, 2024, and is supported by the Affirmation of Lori LaRock and the Affirmation of Ilann M. Maazel, attorney for Plaintiff, and the exhibits thereto.

**WHEREAS**, pursuant to N.Y. Estate, Powers & Trusts Law § 5–4.6, Plaintiff has requested that this Court approve the settlement as well as Plaintiff's counsel's attorneys' fees and costs.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that

1. The settlement to resolve this action in the amount of $3,000,000.00 is **APPROVED** and deemed adequate and reasonable, and Plaintiff Lori LaRock, as Administratrix of the Estate of Roger Sanford, is authorized to settle and discontinue the claims and causes of action of the Estate against the Defendants in this Action.

2. Defendants shall remit payment to "Emery Celli Brinckerhoff Abady Ward & Maazel LLP as Attorneys for Lori LaRock, Administratrix of the Estate of Roger Sanford," in the amount of $3,000,000.00 (the "Settlement Amount").

3. Plaintiff's counsel shall deposit the Settlement Amount in an interest-bearing escrow account (the "Account").

4. Of the Settlement Amount, $1,000,000.00 is approved as attorneys' fees for Plaintiff's counsel, Emery Celli Brinckerhoff Abady Ward & Maazel LLP, for services to the Plaintiff.

5. To the extent not already paid, Emery Celli Brinckerhoff Abady Ward & Maazel LLP shall pay from the Account all due and payable expenses, excluding attorneys' fees, approved by the Court.

6. From the Settlement Amount, Emery Celli Brinckerhoff Abady Ward & Maazel LLP's costs of $214,143.42 are approved. The attorneys' fees and the costs may be paid upon the submission to this Court of proof of filing a petition for allocation and distribution in the Albany County Surrogate's Court on behalf of the Estate of Roger Sanford.

7.   Emery Celli Brinckerhoff Abady Ward & Maazel LLP shall continue to serve as attorneys for the Estate until the entry of a final decree in the Surrogate's Court.

**IT IS SO ORDERED.**

Dated: February 5, 2025
      Albany, New York

_____
Anne M. Nardacci
U.S. District Judge